AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon    By:

| | |
|---|---|
| United States of America<br>v.<br>KEVIN BENJAMIN WEIER<br>*Defendant(s)* | Case No.   3:20-mj-00155 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2020,__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(f)(1) | Attempted arson of a federal building |

This criminal complaint is based on these facts:

See the attached affidavit of Senior Special Agent Micah Coring, Federal Protective Service.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Micah Coring, Senior Special Agent, FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __12:25__ a.m./p.m.

Date: 7/13/2020

/s/ Stacie F. Beckerman
*Judge's signature*

City and state: Portland, Oregon    Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*