# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>**KEVIN BENJAMIN WEIER**<br><br>_Defendant_ | )<br>)<br>) Case No. 3:20-mj-00155<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **KEVIN BENJAMIN WEIER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempted arson of a federal building, in violation of 18 U.S.C. Section 844(f)(1).

Date: 07/13/2020

_Issuing officer's signature_

Hon. Stacie F. Beckerman
City and state: Portland, Oregon    Honorable ~~Jolie Russo~~, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____    DATE 7/11/2020 on a PC
ARRESTED BY FPS

_Arresting officer's signature_

U.S. MARSHAL

_Printed name and title_